USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SHAMAR TURNER,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendant.

-----------------------------------------------------------X

18 CIVIL 9626 (NRB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 18, 2019, defendants' motion for summary judgment is granted in its entirety; judgment is entered for defendants, and this case is closed.

**Dated:** New York, New York
         November 21, 2019

                                        RUBY J. KRAJICK
                                        Clerk of Court
                BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/21/2019